# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

RE: Reassignment of Cases from the Docket of Magistrate Judge Norah McCann King

## ORDER

The attached cases that are currently referred to the Honorable Norah McCann King are hereby referred to the Honorable Kimberly A. Jolson.

IT IS SO ORDERED.

_____2-9-2016_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE

| Case Number | Case Name |
|---|---|
| 1:13-cv-00753-MHW-NMK | Brosz v. Fishman et al |
| 1:96-cv-00425-ALM-NMK | Rojas v. Anderson |
| 1:98-cv-00867-MHW-NMK | Ballew v. Warden Mansfield, et al |
| 1:99-cv-00438-MHW-NMK | Williams v. Mitchell |
| 2:02-cv-00535-ALM-NMK | Robb v. Ishee |
| 2:05-cv-00056-ALM-NMK | Owner Operator Independent Drivers Association Inc et al v. Comerica Bank |
| 2:07-cv-00947-ALM-NMK | Conway, III v. Warden Houk |
| 2:09-cv-01022-MHW-NMK | Paasewe v. Action Group, Inc. |
| 2:09-cv-01081-ALM-NMK | Little Hocking v. DuPont |
| 2:10-cv-00107-EAS-NMK | Davis v. Warden Ohio State Penitentiary |
| 2:11-cv-00277-ALM-NMK | Reynolds v. Smith et al |
| 2:11-cv-01102-MHW-NMK | DiLuzio v. The Village of Yorkville, Ohio et al |
| 2:12-cv-00498-EAS-NMK | Slorp v. Lerner, Sampson & Rothfuss et al |
| 2:12-cv-00833-MHW-NMK | Exceptional Innovation, LLC v. Zykronix, Inc. |
| 2:12-cv-00951-MHW-NMK | United States Of America v. Ahmed |
| 2:12-cv-01123-JLG-NMK | Johnson v. State Farm Fire and Casualty Company |
| 2:13-cv-00160-EAS-NMK | Trimbur et al v. Norfolk Southern Corporation et al |
| 2:13-cv-00481-JLG-NMK | Orrand et al v. Hunt Construction Group, Inc. |
| 2:13-cv-00489-JLG-NMK | Orrand et al v. Donley's Inc |
| 2:13-cv-00556-JLG-NMK | Orrand et al v. Cleveland Concrete Construction Inc |
| 2:13-cv-00786-MHW-NMK | Long et al v. State Farm Insurance et al |
| 2:13-cv-00954-ALM-NMK | St. Jules v. Reed et al |
| 2:13-cv-01044-GLF-NMK | Novak et al v. Zampogna, Inc. et al |
| 2:13-cv-01058-JLG-NMK | Hines v. City of Columbus et al |
| 2:13-cv-01192-MHW-NMK | Kamerer v. Bradcovich |
| 2:13-cv-01204-GCS-NMK | Watson v. Ohio Department of Rehabilitation and Correction |
| 2:14-cv-00099-GLF-NMK | Liang v. AWG Remarketing, Inc. et al |
| 2:14-cv-00264-MHW-NMK | Novel v. Zapor et al |
| 2:14-cv-00314-GCS-NMK | Corder v. The Defense Finance and Accounting Service et al |
| 2:14-cv-00321-JLG-NMK | Altman v. Krisher et al |
| 2:14-cv-00360-GCS-NMK | Brentlinger Enterprises v. Volvo Cars of North America, LLC |
| 2:14-cv-00428-GCS-NMK | Wilson v. Donahoe |
| 2:14-cv-00447-MHW-NMK | Tran v. Chubb Group of Insurance Companies et al |
| 2:14-cv-00574-ALM-NMK | TattleTale Portable Alarm Systems, Inc. v. MAF Productions, Inc. |
| 2:14-cv-00612-MHW-NMK | LR Trust v. Dipaolo et al |
| 2:14-cv-00848-MHW-NMK | Ward et al v. Rawlake et al |
| 2:14-cv-01071-GLF-NMK | O'Donnell v. Financial American Life Insurance Company |
| 2:14-cv-01232-GCS-NMK | Ettayem v. United States of America |
| 2:14-cv-01367-GCS-NMK | Baynard et al v. Commonwealth Investments, Ltd. et al |
| 2:14-cv-01902-JLG-NMK | State Farm Life Insurance Company v. Lindsey et al |
| 2:14-cv-02087-ALM-NMK | Lightner v. CB&I Constructors, Inc. et al |
| 2:14-cv-02097-NMK | Kirk Excavating & Construction, Inc. v. AYS Oilfield et al |
| 2:14-cv-02244-MHW-NMK | Barrows-Wise v. Lavender et al |
| 2:14-cv-02326-MHW-NMK | Latham v. City of Columbus et al |
| 2:14-cv-02349-GCS-NMK | Watson v. Columbus State Community College |
| 2:14-cv-02635-ALM-NMK | Big Lots Stores, Inc. v. Zurich American Insurance Company |

| | |
|---|---|
| 2:14-cv-02641-GLF-NMK | Valley v. Genoa Township et al. |
| 2:14-cv-02687-GLF-NMK | Renewable Energy Equipment Leasing, LLC v. Team Gemini, LLC |
| 2:15-cv-00076-GLF-NMK | Ratliff et al v. Boston Scientific Corporation |
| 2:15-cv-00326-GCS-NMK | Fenley v. Wood Group Mustang, Inc. |
| 2:15-cv-00622-JLG-NMK | Bushtec Products Corporation v. Komfort Kruz, LLC et al |
| 2:15-cv-00754-GCS-NMK | Flexter v. Action Temporary Services, Inc. |
| 2:15-cv-00873-MHW-NMK | The Bellas Company  et al v. Pabst Brewing Company |
| 2:15-cv-00890-ALM-NMK | Lipker v. Columbus Auto Source |
| 2:15-cv-00894-MHW-NMK | McGee v. Commissioner of Social Security |
| 2:15-cv-00947-EAS-NMK | Baird v. UNUM Life Insurance Company of America |
| 2:15-cv-01043-EAS-NMK | Cummin et al v. North et al |
| 2:15-cv-01097-JLG-NMK | Asher et al v. Battelle Memorial Institute et al |
| 2:15-cv-01121-GCS-NMK | Thorp v. Ohio Department of Rehabilitation and Correction et al |
| 2:15-cv-01141-GLF-NMK | Peck v. Healthcare Revenue Recovery Group, LLC |
| 2:15-cv-01196-JLG-NMK | Mitchell v. City of Chillicothe, Ohio et al |
| 2:15-cv-01341-GLF-NMK | The Standard Fire Insurance Company v. Salim et al |
| 2:15-cv-01348-GCS-NMK | Barrett v. The ADT Corporation |
| 2:15-cv-01424-EAS-NMK | Sanford v. Carter et al |
| 2:15-cv-01459-MHW-NMK | Cassels v. Commissioner of Social Security |
| 2:15-cv-01831-GLF-NMK | Glasgow v. Commissioner of Social Security |
| 2:15-cv-02051-ALM-NMK | Lowe v. Acme Enterprises, Inc. |
| 2:15-cv-02084-ALM-NMK | Webber v. J-W Wireline Company et al |
| 2:15-cv-02225-GCS-NMK | King v. Commissioner of Social Security |
| 2:15-cv-02316-EAS-NMK | Manning v. Commissioner of Social Security |
| 2:15-cv-02371-MHW-NMK | Grimsley v. Environmental Management Specialists, Inc. |
| 2:15-cv-02389-GCS-NMK | Lynum v. The City of Zanesville, Ohio et al |
| 2:15-cv-02393-GLF-NMK | Chevalier v. Commissioner of Social Security |
| 2:15-cv-02407-GLF-NMK | Cap City Dental Lab LLC v. Ladd et al |
| 2:15-cv-02418-MHW-NMK | Perry v. Commissioner of Social Security |
| 2:15-cv-02419-MHW-NMK | Elson v. Commissioner of Social Security |
| 2:15-cv-02427-ALM-NMK | Kouekassazo v. Intellisource et al |
| 2:15-cv-02446-JLG-NMK | Crumbaker v. Parking Solutions, Inc. et al |
| 2:15-cv-02451-GLF-NMK | Greenwald v. Holstein et al |
| 2:15-cv-02471-JLG-NMK | Whitesides v. White et al |
| 2:15-cv-02472-EAS-NMK | Trimble v. Commissioner of Social Security |
| 2:15-cv-02525-MHW-NMK | Johnson v. Commissioner of Social Security |
| 2:15-cv-02539-MHW-NMK | Nickels v. Commissioner of Social Security |
| 2:15-cv-02582-GLF-NMK | Camp v. TWC Digital Phone LLC et al |
| 2:15-cv-02588-GLF-NMK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. Staschiak et al |
| 2:15-cv-02609-GLF-NMK | Henderson v. Commissioner Social Security |
| 2:15-cv-02610-EAS-NMK | Thermo Credit, LLC v. DCA Services, Inc. |
| 2:15-cv-02622-GLF-NMK | Johnson v. Commissioner Social Security |
| 2:15-cv-02629-MHW-NMK | Embassy Madison Management v. Dungey et al |
| 2:15-cv-02630-GLF-NMK | Congrove v. Commissioner of Social Security |
| 2:15-cv-02641-GCS-NMK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. T&A Construction, Inc. et |
| 2:15-cv-02648-MHW-NMK | United States Department of Labor v. Confidential Services, Inc. et al |
| 2:15-cv-02649-GCS-NMK | Keaton et al v. Tall Oaks Realty, LLC et al |

| Case Number | Case Name |
|---|---|
| 2:15-cv-02651-GLF-NMK | Gadzhieva et al v. Lynch et al |
| 2:15-cv-02664-MHW-NMK | Santagate v. Pennsylvania Higher Education Assistance Agency et al |
| 2:15-cv-02665-EAS-NMK | Peters v. DCL Medical Laboratories, Inc. et al |
| 2:15-cv-02673-GCS-NMK | Wilson v. Commissioner of Social Security |
| 2:15-cv-02683-GCS-NMK | Austin v. Verizon Wireless, et al |
| 2:15-cv-02685-EAS-NMK | Blevins v. Commissioner of Social Security |
| 2:15-cv-02694-MHW-NMK | Fointno v. JP Morgan Chase & Co. et al |
| 2:15-cv-02698-GLF-NMK | Dugan et al v. City of Columbus, Ohio et al |
| 2:15-cv-02705-GLF-NMK | Harris v. Whirlpool Corporation |
| 2:15-cv-02731-MHW-NMK | F. et al v. Perry County Children and Family Services et al |
| 2:15-cv-02740-GCS-NMK | Elder v. Commissioner of Social Security |
| 2:15-cv-02749-MHW-NMK | Polo v. Bay Area Credit Service |
| 2:15-cv-02751-ALM-NMK | Herdlitzka v. Hocking Technical College |
| 2:15-cv-02767-ALM-NMK | Vigh v. City of Columbus, Ohio et al |
| 2:15-cv-02768-MHW-NMK | Ramos v. Franklin County Children Services |
| 2:15-cv-02770-GCS-NMK | McKinney Drilling Co v. George J. Igel & Co., Inc. et al |
| 2:15-cv-02784-ALM-NMK | Malibu Media, LLC v. Doe |
| 2:15-cv-02796-EAS-NMK | Murphy v. Ohio Department of Rehabilitation and Corrections |
| 2:15-cv-02806-GCS-NMK | Douglas v. Wright Tree Service, Inc. et al |
| 2:15-cv-02811-JLG-NMK | Kelso v. Advance Auto Parts et al. |
| 2:15-cv-02812-GCS-NMK | Stout v. The United States of America et al |
| 2:15-cv-02818-GLF-NMK | Perez v. Benchmark Landscape and Construction Inc. |
| 2:15-cv-02819-MHW-NMK | Billeter v. Colden et al |
| 2:15-cv-02821-GLF-NMK | Rees et al v. W.M. Barr & Company, Inc. et al |
| 2:15-cv-02831-JLG-NMK | Back v. Commissioner of Social Security |
| 2:15-cv-02859-EAS-NMK | Cox v. Castlegate Capital Advisors, LLC et al |
| 2:15-cv-02871-EAS-NMK | Maxwell v. Counter Flow Mechanics, Inc. et al |
| 2:15-cv-02886-MHW-NMK | Crane v. Nationwide Debt Direct LLC |
| 2:15-cv-02893-JLG-NMK | Smith v. Commissioner of Social Security |
| 2:15-cv-02900-MHW-NMK | McKinney v. CVS Caremark Corporation et al |
| 2:15-cv-02904-GLF-NMK | Boards of Trustees of Ohio Laborers' Fringe Benefit Programs v. Mid-Ohio Contracting, |
| 2:15-cv-02912-GLF-NMK | Praxis Capital & Investment Management LTD v. Gemini Holdings I, LLC et al |
| 2:15-cv-02923-GLF-NMK | Campbell Family Trust et al v. J.P. Morgan Investment Management, Inc. et al |
| 2:15-cv-02928-GCS-NMK | Sellers v. Commissioner of Social Security |
| 2:15-cv-02932-JLG-NMK | IHP Industrial Inc v. CJ Mahan Construction Company et al |
| 2:15-cv-02943-GLF-NMK | Krinn v. Dynamix Engineering, Ltd. et al |
| 2:15-cv-02961-MHW-NMK | Blevins v. United States Department of Labor |
| 2:15-cv-02966-MHW-NMK | Semel v. City of Columbus et al |
| 2:15-cv-02975-ALM-NMK | Glandon v. Commissioner of Social Security |
| 2:15-cv-02977-JLG-NMK | Popp v. Commissioner of Social Security Administration |
| 2:15-cv-02980-JLG-NMK | Summers v. Commissioner of Social Security |
| 2:15-cv-02983-EAS-NMK | Ravnell v. Commissioner of Social Security |
| 2:15-cv-02985-GLF-NMK | Murphy v. Village of Commercial Point et al |
| 2:15-cv-02990-GLF-NMK | Jeffrey et al v. Wal-Mart Stores, Inc. |
| 2:15-cv-02998-GLF-NMK | Cash v. Arnold et al |
| 2:15-cv-03007-EAS-NMK | Fortner v. Commissioner of Social Security |
| 2:15-cv-03010-JLG-NMK | Lowther v. Commissioner of Social Security |

| | |
|---|---|
| 2:15-cv-03018-ALM-NMK | Young v. Chuvalas et al |
| 2:15-cv-03024-MHW-NMK | Parson v. Capital Realty Group, Inc. et al |
| 2:15-cv-03027-GCS-NMK | Eastern Ohio Regional Wastewater Authority v. Utility Workers Union of America, AFL- |
| 2:15-cv-03033-GCS-NMK | Shaw v. Commissioner of Social Security |
| 2:15-cv-03035-MHW-NMK | Allen v. City of Columbus et al |
| 2:15-cv-03036-GCS-NMK | Devers v. Alliant Capital Management,LLC |
| 2:15-cv-03039-EAS-NMK | The Whitestone Group, Inc. v. U.S. Department of Energy et al |
| 2:15-cv-03040-ALM-NMK | Meyncke v. Germain Cadillac of Columbus, LLC et al |
| 2:15-cv-03041-EAS-NMK | Spine and Sports Chiropractic, Inc. v. Insight Health Corp. et al |
| 2:15-cv-03049-GCS-NMK | Richardson v. Commissioner of Social Security |
| 2:15-cv-03053-MHW-NMK | Trustees of Ohio Bricklayers Health & Welfare Fund et al v. CMI, Inc. |
| 2:15-cv-03063-JLG-NMK | Minette v. Minette |
| 2:15-cv-03065-GLF-NMK | Lindsey et al v. Tire Discounters, Inc. |
| 2:15-cv-03066-EAS-NMK | Kise v. Commissioner of Social Security |
| 2:15-cv-03089-MHW-NMK | Irvin v. Sundquist |
| 2:15-cv-03099-GLF-NMK | Myers v. Hidden Lakes Vineyard & Winery, LLC |
| 2:15-cv-03105-EAS-NMK | Ahmed v. Commissioner of Social Security |
| 2:15-cv-03106-JLG-NMK | Kesterson et al v. Walgreens Specialty Pharmacy, LLC |
| 2:15-cv-03108-EAS-NMK | Miller v. Commissioner of Social Security |
| 2:15-cv-03125-EAS-NMK | Anderson v. Commissioner of Social Security |
| 2:15-cv-03129-EAS-NMK | Garver et al v. Rural/Metro Corporation et al |
| 2:16-cv-00012-EAS-NMK | Waugh v. Park National Corporation |
| 2:16-cv-00016-GLF-NMK | Pineiro v. American Corrugated Products, Inc. |
| 2:16-cv-00017-GLF-NMK | United States of America v. Real Property Known and Numbered as 8043 Patterson Road, |
| 2:16-cv-00018-GCS-NMK | Ford v. Carnegie Management Services, Inc et al |
| 2:16-cv-00026-EAS-NMK | United Fire & Casualty Company v. J&M Groundworks, Inc. et al |
| 2:16-cv-00029-GCS-NMK | Tomblin-Canterbury v. Commissioner of Social Security |
| 2:16-cv-00036-ALM-NMK | United States Securities And Exchange Commission v. Crowe |
| 2:16-cv-00038-MHW-NMK | Jones et al v. Husted et al |
| 2:16-cv-00041-JLG-NMK | Moore v. Licking County Sheriff's Office et al |
| 2:16-cv-00049-JLG-NMK | Brubaker v. Equifax Information Services, LLC et al |
| 2:16-cv-00057-JLG-NMK | Kerns v. Commissioner of SSA |
| 2:16-cv-00061-ALM-NMK | Steele v. Menards Home Improvement |
| 2:16-cv-00068-GLF-NMK | Romans v. Ford Motor Company |
| 2:16-cv-00079-GCS-NMK | Fulmer v. Myers et al |
| 2:16-cv-00088-GLF-NMK | Nanna v. JP Recovery Services, Inc. |
| 2:16-cv-00089-MHW-NMK | Lykins v. Jefferson Industries Corporation |
| 2:16-cv-00092-JLG-NMK | Chubb Custom Insurance Company v. Gaston et al |
| 2:16-cv-00098-JLG-NMK | Street v. Commissioner of SSA |
| 2:16-cv-000120-JLG-NMK | Charvat v. Shampan Lamport LLC |
| 3:04-cv-00174-ALM-NMK | Myers v. Bagley |